## PETITION TO REHEAR

STATE v. PEARSON

No. 541A01

Case below: 356 N.C. 22

Petition by defendant pro se for rehearing en banc of the decision of this Court pursuant to Rule 31 denied 15 August 2002. Motion by defendant pro se to suspend Rul 31(g) denied 15 August 2002. Motion by defendant pro se to stay mandate denied 15 August 2002. Motion by defendant pro se to discharge counsel denied 15 August 2002.